UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
………………………………………………………………………….………x
STEPHANIE MCKINNEY

                Plaintiff.           Civ. Action No. 19-03920

   -against-

                                      **CERTIFICATION**

THE COUNTY OF DUTCHESS

                Defendant.

…………………………………………………………………………………….x

    Albert Van-Lare, an attorney duly admitted to practice in this court, provides this certification pursuant to 28 USC 1746, and states as follows:

1. The document attached to this opposition memorandum as exhibit 1 is a true and accurate copy of the original document.

Dated: September 29, 2022

Respectfully submitted,

*[signature: Albert Van-Lare]*

Albert Van-Lare
The Law Offices of Albert Van-Lare
125 Maiden Lane
Suite 510
New York, NY 10038
(212) 608-1400

1