UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STEPHANIE McKINNEY,

                     Plaintiff,

   -against-                                             19 **CIVIL** 3920 (NSR)

                                                               **JUDGMENT**

THE COUNTY OF DUTCHESS,

                     Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2024, Defendant's motion to dismiss Plaintiff's Second Amended Complaint is GRANTED in its entirety. Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2024

                                                           **RUBY J. KRAJICK**

                                                              Clerk of Court

                             **BY:**

                                                             **Deputy Clerk**